**Rapaport Law Firm, PLLC** | Attorneys at Law | 80 Eighth Avenue | Suite 206 | New York, NY 10011 | Tel 212.382.1600 | Fax 212.382.0920 | www.rapaportlaw.com

**Rapaport Law Firm**

Marc A. Rapaport*
Tel (212) 382-1600
Fax (212) 382-0920
mrapaport@rapaportlaw.com

*Member NY & NJ Bars

MEMORANDUM ENDORSED

August 9, 2024

<u>VIA ECF</u>

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Zamora Amores et al v. Gamham NY Corp. et al.*
Case No. 1:23-cv-07615(GWG)

Dear Judge Gorenstein:

We represent Defendants in the above-referenced action. Together with Plaintiff, we write to request a further extension (i.e., to August 16, 2024) to file our signed settlement agreement and application for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F. 3d 199 (2d Cir. 2015). The foregoing request will not affect any other deadline in this case. The parties have circulated drafts of the settlement agreement and *Cheeks* letter. However, this extension is necessitated, due in large part, because Defendants' counsel is recuperating from a recent medical procedure.

The parties thank the Court for its attention to this request.

Respectfully submitted,

Rapaport Law Firm, PLLC

/s/

By:_____
Marc A. Rapaport

Extension to August 16, 2024, granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

August 9, 2024